1   LOUIS A. LEONE, ESQ. (SBN: 099874)
2   CLAUDIA LEED, ESQ. (SBN: 122676)
    **STUBBS & LEONE**
3   A Professional Corporation
    2175 N. California Blvd., Suite 900
4   Walnut Creek, CA  94596
    Telephone:   (925) 974-8600
5   Facsimile:     (925) 974-8601
6   Email: leonel@stubbsleone.com
            leedc@stubbsleone.com
7
    Attorneys for Defendants
8   SAN FRANCISCO COMMUNITY COLLEGE DISTRICT, CHANCELLOR ARTHUR
9   TYLER, CHIEF ANDRE' L. BARNES, LIEUTENANT JASON WENDT, SERGEANT
    CARLOS GAYTAN, OFFICER JULIE TORRES, OFFICER IGOR BOYKO, OFFICER
10  ERICA  MCGLASTON and SERGEANT DON QUINTANA
11
    DENNIS J. HERRERA (SBN: 139669)
12  City Attorney
    CHERYL ADAMS (SBN: 164194)
13  Chief Trial Deputy
14  MARGARET W. BAUMGARTNER (SBN: 151762)
    Deputy City Attorney
15  Fox Plaza
    1390 Market Street, 6th Floor
16  San Francisco, California 94102-5408
17  Telephone: (415) 554-3859
    Facsimile:   (415) 554-3837
18  E-Mail: margaret.baumgartner@sfgov
19
    Attorneys for DEFENDANTS
20  SFPD OFFICER OLIVER LIM, SFPD SGT. JOSHUA KUMLI, SFPD CHIEF GREG
    SUHR, CITY AND COUNTY OF SAN FRANCISCO
21
22  RACHEL LEDERMAN, ESQ. (SBN: 130192)
    Alexsis C. Beach & Rachel Lederman, Attorneys at Law
23  558 Capp Street
    San Francisco, CA 94110
24  Telephone:   (415) 282-9300
25  Facsimile:     (415) 285-5066
    Email: rachel@beachledermanlaw.com
26
    Attorneys for Plaintiffs
27  SAVE CCSF COALITION and OTTO PIPPENGER
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAVE CCSF COALITION and OTTO PIPPENGER<br><br>      Plaintiffs,<br><br>      v.<br><br>      SFPD OFFICER OLIVER LIM; SFCCDPD SGT. CARLOS GAYTAN; OFFICER JULIE TORRES #63; OFFICER IGOR BOYKO; OFFICER E. MCGLASTON; SGT. DON QUINTANA; LT. JASON WENDT; SFCCDPD CHIEF ANDRE' L. BARNES; SFPD SGT. JOSHUA KUMLI; SFPD CHIEF GREG SUHR; CHANCELLOR ARTHUR TYLER; CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO COMMUNITY COLLEGE DISTRICT; and DOES 1-50, inclusive;<br><br>      Defendants. | Case No.:   3:14-cv-05286 SI (JSC)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: HEARING DATE AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

The parties, through their undersigned counsel, hereby stipulate as follows:

The Court on April 8, 2015, moved the hearing date for Defendants' motion to dismiss the First Amended Complaint from May 1 to May 8, 2015.  Counsel for the City, who is the only Deputy City Attorney assigned to defend the City defendants in this matter, is unavailable on that date due to a pre-existing planned vacation.  All parties are available on May 15, 2015.

Therefore, the parties stipulation that the hearing on defendants SAN FRANCISCO COMMUNITY COLLEGE DISTRICT, TYLER, BARNES, WENDT, GAYTAN, TORRES, BOYKO, MCGLASTON, and QUINTANA's and defendants SFPD OFFICER OLIVER LIM, SFPD SGT. JOSHUA KUMLI, SFPD CHIEF GREG SUHR, CITY AND COUNTY OF SAN FRANCISCO Motion to Dismiss Plaintiff's First Amended Complaint (Fed. R. Civ. P. 12(b)(6)) shall be continued from May 8, 2015 to May 15,

2015, at 9:00 a.m., or such date thereafter as the Court has available, rather than May 8, 2015.

Plaintiffs' Opposition papers shall be filed by April 13, 2015.

Defendants' Reply shall be filed by April 20, 2015.

**IT IS SO STIPULATED.**

Dated: April 8, 2015    **STUBBS & LEONE**

            */s/ Claudia Leed, Esq.*
            LOUIS A. LEONE, ESQ.
            CLAUDIA LEED, ESQ.
            Attorney for Defendants
            SAN FRANCISCO COMMUNITY COLLEGE
            DISTRICT, CHANCELLOR ARTHUR TYLER,
            CHIEF ANDRE' L. BARNES, LIEUTENANT
            JASON WENDT, SERGEANT CARLOS
            GAYTAN, OFFICER JULIE TORRES,
            OFFICER IGOR BOYKO, OFFICER ERICA
            McGLASTON,and SERGEANT DON
            QUINTANA

Dated: April 8, 2015    **SAN FRANCISCO**
            **CITY ATTORNEY'S OFFICE**

            */s/ Margaret W. Baumgartner, Esq.*
            MARGARET W. BAUMGARTNER
            Attorneys for SFPD OFFICER OLIVER LIM,
            SFPD SGT. JOSHUA KUMLI, SFPD CHIEF
            GREG SUHR, and the CITY AND COUNTY
            OF SAN FRANCISCO

Dated: April 8, 2015

            */s/ Rachel Lederman, Esq.*
            RACHEL LEDERMAN, ESQ.
            Attorneys for Plaintiffs
            SAVE CCSF COALITION and
            OTTO PIPPENGER

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, the hearing on defendants SAN FRANCISCO COMMUNITY COLLEGE DISTRICT, TYLER, BARNES, WENDT, GAYTAN, TORRES, BOYKO, MCGLASTON, and QUINTANA's and defendants SFPD OFFICER OLIVER LIM, SFPD SGT. JOSHUA KUMLI, SFPD CHIEF GREG SUHR, CITY AND COUNTY OF SAN FRANCISCO's Motions to Dismiss Plaintiff's First Amended Complaint (Fed. R. Civ. P. 12(b)(6)), shall be held on May 15, 2015, at 9:00 a.m.  Plaintiffs' Opposition papers shall be filed by April 13, 2015 and Defendants' Reply shall be filed by April 20, 2015.

**IT IS SO ORDERED.**

Dated: ___4/9/15___

_____

HONORABLE SUSAN ILLSTON