RACHEL LEDERMAN, SBN 130192
Rachel Lederman & Alexsis C. Beach,
Attorneys at Law
558 Capp Street
San Francisco, CA 94110
phone 415-282-9300; fax 510-590-9296
rachel@bllaw.info

Attorneys for plaintiffs
SAVE CCSF COALITION and OTTO PIPPENGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE CCSF COALITION, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> SFPD OFFICER OLIVER LIM; ET AL., <br><br> Defendants. | No. 3:14-cv-05286 SI <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The parties, through their undersigned counsel, stipulate as follows:

This matter is scheduled for a case management conference on August 14, 2015. At a settlement conference with Magistrate Judge Corley on July 8, 2015, the parties settled the monetary claims. A further settlement conference is scheduled for September 11, 2015, to discuss the injunctive relief claims. The parties have agreed to stay discovery and responses to amended pleadings until then.

STIP AND ORDER TO CONTINUE CMC
*Save CCSF Coalition, et al., v. Lim, et al.,* Case No. 3:14-cv-05286 SI     1

1 | Accordingly, the parties request that this court continue the Case Management
2 | Conference until such date as the Court may have available in early October, 2015.

3 | Dated: July 29, 2015           Respectfully submitted,

                                   /S/

4 |                                RACHEL LEDERMAN
5 |                                Attorney for plaintiffs

6 | Dated: July 30, 2015           STUBBS & LEONE
                                   /S/
7 |                                LOUIS A. LEONE, ESQ.
                                   CLAUDIA LEED, ESQ.
8 |                                Attorney for City College defendants

9 | Dated: July 30, 2015           DENNIS J. HERRERA
                                   City Attorney
10|                                /S/
                                   MARGARET BAUMGARTNER
11|                                Deputy City Attorney
12|                                Attorney for San Francisco defendants

13|

14|                                **ORDER**

15|   Pursuant to the stipulation of the parties, and good cause appearing therefore, the
16| Case Management Conference, currently scheduled for August 14, 2015, is continued to
17| October __9____, 2015.

                                   _____
18|                                
19|                                UNITED STATES DISTRICT COURT JUDGE

20|
21|
22|
                       STIP AND ORDER TO CONTINUE CMC
23|        *Save CCSF Coalition, et al., v. Lim, et al.,* Case No. 3:14-cv-05286 SI        2
24|