1

RACHEL LEDERMAN, SBN 130192
Rachel Lederman & Alexsis C. Beach,

2

Attorneys at Law
558 Capp Street

3

San Francisco, CA 94110
phone 415-282-9300; fax 510-590-9296

4

rachel@bllaw.info

5

Attorneys for plaintiffs

6

SAVE CCSF COALITION and OTTO PIPPENGER

7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

10

| | |
|---|---|
| SAVE CCSF COALITION, ET AL., | No. 3:14-cv-05286 SI |
| Plaintiffs, | **STIPULATION AND PROPOSED ORDER OF DISMISSAL** |
| v. | |
| SFPD OFFICER OLIVER LIM; ET AL., | |
| Defendants. | |

11

12

13

14

15

16

17

The parties, through their undersigned counsel, stipulate as follows:

18

The parties reached a complete settlement in this matter in September, 2015. The

19

settlement payments having been received, this action shall be dismissed with prejudice,

and each party shall bear their own attorneys' fees and costs.

20

IT IS SO STIPULATED.

21

22

STIP AND ORDER TO CONTINUE CMC

23

*Save CCSF Coalition, et al., v. Lim, et al.,* Case No. 3:14-cv-05286 SI        1

24

1

Dated: November 16, 2015          Respectfully submitted,

2

/S/, *Rachel Lederman*

3

RACHEL LEDERMAN
Attorney for plaintiffs

4

Dated: November 16, 2015          STUBBS & LEONE

5

/S/, *Claudia Leed*

6

LOUIS A. LEONE, ESQ.
CLAUDIA LEED, ESQ.

7

Attorney for City College defendants

8

Dated: November 16, 2015          DENNIS J. HERRERA
City Attorney

9

/S/, *Margaret Baumgartner*

10

MARGARET BAUMGARTNER
Deputy City Attorney

11

Attorney for San Francisco defendants

12

13

14

15

16

17

18

19

20

21

22

STIP AND ORDER TO CONTINUE CMC

23

*Save CCSF Coalition, et al., v. Lim, et al.,* Case No. 3:14-cv-05286 SI        2

24

1

**ORDER**

2      Pursuant to the stipulation of the parties, and good cause appearing therefore, this

3   action is dismissed with prejudice. Each party shall bear their own attorneys' fees and

4   costs.

       IT IS SO ORDERED.

5

6   Dated:    11/17/15

7                                         _____

                                          HONORABLE SUSAN ILLSTON
8                                         UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22
                             STIP AND ORDER TO CONTINUE CMC
23                *Save CCSF Coalition, et al., v. Lim, et al.,* Case No. 3:14-cv-05286 SI      3

24